# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIE KEENER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01061-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 6, 15) |

On February 14, 2023, the parties submitted a stipulated request to extend the briefing schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 15.) The parties seek an extension of time to file Defendant's response brief from February 17, 2023, to March 20, 2023. This is Defendant's first request for an extension. The parties proffer good cause exists because, following the lifting of the stay, disability matters have increased significantly, counsel has sixteen matters with briefing deadlines in the next 45 days, and is involved with the Office of the General Counsel's team interviewing law students for the agency's summer law extern program. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1.  The parties' stipulated motion to modify the schedule (ECF No. 15) is GRANTED;

1

2. Defendant shall have until **March 20, 2023**, to file the response brief; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 6) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 14, 2023**

_____
UNITED STATES MAGISTRATE JUDGE